# Exhibit A



**Tri-State Paper Co.**
*149 e, church st.*
*Blackwood, NJ  08012*
*215-455-4506*
*215-455-4509*

**Statement**

*Page 1 of 1*

*10-Nov-2023*

| Customer |
|---|
| MEGLIO PIZZERIA |
| 25 SWAMP ROAD |
|  |
| NEWTOWN, PA  18940 |

| Account# | Total Due | Current |
|---|---|---|
| 521 | $3,126.21 | $0.00 |

| 31-45 Days | 46-60 Days | 61-90 Days | 91-120 Days | 120+ Days |
|---|---|---|---|---|
| $1,141.16 | $1,930.03 | $0.00 | $0.00 | $0.00 |

| Invoice | Invoice Date | Due Date | Type | Invoice Amt | Amount Due | Status | P.O. Number |
|---|---|---|---|---|---|---|---|
| 2033598 | 20-Sep-23 | **20-Sep-23** | IN | $1,930.03 | **$1,930.03** | Delinquent | |
| 2033727 | 28-Sep-23 | **28-Sep-23** | IN | $1,141.16 | **$1,141.16** | Delinquent | |