# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Tri-State Paper, Inc.,<br><br>       Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |
| Tri-State Paper, Inc.,<br><br>       Plaintiff,<br><br>v.<br><br>Meglio, Inc.<br>   *dba Meglio Pizzeria*,<br><br>       Defendant. | Adversary No. 23-00082 |

## Certificate of Service

I, Michael A. Cibik, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the summons and a copy of the complaint was made today by regular, first-class United States mail, postage pre-paid, addressed to:

    William Della
    Meglio, Inc.
    25 Swamp Road
    Newtown, PA 18940

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: November 13, 2023

                                                  /s/ Michael A. Cibik
                                                  Michael A. Cibik (#23110)
                                                  Cibik Law, P.C.
                                                  1500 Walnut Street, Suite 900
                                                  Philadelphia, PA 19102
                                                  215-735-1060
                                                  mail@cibiklaw.com