# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc., | Chapter 11 |
|     Debtor. | |
| | Adversary No. 23-00082-pmm |
| Tri-State Paper, Inc., | |
|     Plaintiff, | |
| v. | |
| Meglio Inc., | |
|    *dba Meglio Pizzeria*, | |
|     Defendant. | |

**Praecipe to Reissue Summons**

To the Clerk of Court:

The summons I served on November 13, 2023, was returned as undeliverable by the United States Postal Service. Please issue another summons, which I will serve promptly. Thank you.

Date: November 30, 2023

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com