## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: Tri-State Paper, Inc.,** | : | Chapter 11 |
| Debtor. | : | Bky. No. 23-13237 (PMM) |
| **Tri-State Paper, Inc.,** | : | |
| Plaintiff. | : | Adv. No. 23-0082 (PMM) |
| v. | : | |
| **Meglio, Inc.,** | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** the Plaintiff having commenced this adversary proceeding on November 11, 2023;

**AND** an answer or other responsive pleading having been due on or before December 13, 2023;

**AND** no answer or responsive pleading having been filed;

**AND**, upon request of the Plaintiff, default having been entered on January 16, 2024;

It is hereby **ORDERED** that the Plaintiff shall take appropriate action to prosecute this proceeding (see e.g. F.R.C.P. 55) **on or before February 9, 2024**. Upon failure to prosecute this proceeding, this adversary proceeding **may be dismissed for lack of prosecution** without further notice or opportunity for a hearing.

Date: 1/29/24

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**