*Form PL262* (12/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tri−State Paper, Inc.<br>Debtor(s) | Case No. 23−13237−pmm<br>Chapter 11 |
| Tri−State Paper, Inc.<br>Plaintiff<br><br>v.<br><br>Meglio, Inc.<br>Defendant | Adversary No. 23−00082−pmm |

## DEFAULT JUDGMENT

Before Judge Patricia M. Mayer

AND NOW, in accordance with Request for Entry of Default Judgment, Declaration and Certificate of Service it is

    ORDERED that judgment by default be and the same is hereby entered in favor of Plaintiff, Tri−State Paper, Inc. and against Defendant, Meglio, Inc. in the amount of Three Thousand One Hundred Twenty Six Dollars and Twenty One Cents. ($3,126.21) plus court filing costs in the amount of Three Hundred Fifty Dollars. ($350.00), for a total of Three Thousand Four Hundred Seventy Six Dollars and Twenty One Cents ($3,476.21) sum certain.

Date: February 9, 2024

FOR THE COURT

ATTEST:

_____
Timothy B. McGrath
Clerk of Court